B 10 (Supplement 2) (12/11)    (post publication draft)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Eastern Division

In re <u>Teagan M Kleinsorge</u>,       Case Number: <u>14-42343-659</u>

    Debtor      Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security Interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor**: <u>Stonegate Mortgage Corporation</u>     **Court claim no.** (if known): <u>  2-1  </u>

**Last four digits** of any number you use to identify the debtor's account: <u>6830</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes, Date of the last notice: __/__/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| **1. Late Charges** | _____ | (1) | $_____ |
| **2. Non-sufficient funds (NSF) fees** | _____ | (2) | $_____ |
| **3. Attorney's fees** | _____ | (3) | $_____ |
| **4. Filing fees and court costs** | _____ | (4) | $_____ |
| **5. Bankruptcy/Proof of claim fees** | 09/02/2014 Notice of Payment Change - $50.00<br>07/10/2014 – Proof of Claim - $150.00 | (5) | $200.00 |
| **6. Appraisal/broker's price opinion fee** | _____ | (6) | $_____ |
| **7. Property inspection fees** | _____ | (7) | $_____ |
| **8. Tax advances (non-escrow)** | _____ | (8) | $_____ |
| **9. Insurance advances (non-escrow)** | _____ | (9) | $_____ |
| **10. Property preservation expenses. Specify:** | _____ | (10) | $_____ |
| **11. Other. Specify:** | _____ | (11) | $_____ |
| **12. Other. Specify:** | _____ | (12) | $_____ |
| **13. Other. Specify:** | _____ | (13) | $_____ |
| **14. Other. Specify:** | _____ | (14) | $_____ |

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3022.1.

B 10 (Supplement 2) (12/11)                                                                                          Page 2

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐   I am the creditor.
☒   I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

/s/ Melinda J. Maune, #49797MO                                      Date 10/23/2014
Signature


Print:        Melinda J. Maune                                       Title  Attorney


Company    Martin, Leigh, Laws & Fritzlen, P.C.

Address    1044 Main St., Suite 900
           Kansas City, MO 64105

Contact Phone  (816) 221-1430                                        Email mjm@mllfpc.com

Case No:  14-42343

# UNITED STATES BANKRUPTCY COURT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:   October 23, 2014

| | |
|---|---|
| Chapter 13 Trustee: | **John V. LaBarge, Jr.** |
| Trustee Address: | **P.O. Box 430908, , St Louis, MO 63143** |
| Trustee Email: | |
| Debtor's Counsel Name: | **James R. Brown, Attorney at Law** |
| Debtor's Counsel Address: | **500 N Broadway, Suite 1400, St Louis, MO 63102** |
| Debtor's Counsel Email: | |
| Debtor 1 Name: | **Teagan M Kleinsorge** |
| Debtor 2 Name: | |
| Debtor's Mailing Address: | **2133 Kevin Drive, St Louis, MO 63125** |
| Debtor Email: | |

/s/Melinda J. Maune, #49797MO