| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | TEAGAN M KLEINSORGE |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the EASTERN District of MISSOURI | |
| Case number | 14-42343-659 |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Stonegate Mortgage Corporation     **Court claim no.** (if known): 2

**Last 4 digits of any number you use to identify the debtor's account:** 6830

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes.   Date of the last notice: ___/___/___

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late Charges | 12/17/2015; 1/20/2016; 2/17/2016; 4/18/2016; 5/17/2016 | (1) $ 112.81 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | 1/29/2016 Payment Change Notice | (3) $ 50.00 |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/broker's price opinion fee | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: _____ | | (10) $ |
| 11. Other. Specify: _____ | | (11) $ |
| 12. Other. Specify: _____ | | (12) $ |
| 13. Other. Specify: _____ | | (13) $ |
| 14. Other. Specify: _____ | | (14) $ |

Total:  $162.81

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  TEAGAN M KLEINSORGE  Case number (*if known*) 14-42343-659

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Executed on date  06/08/2016
                  MM / DD / YYYY

/s/Melinda J. Maune, Bar # 49797MO
Signature

| | | | | |
|---|---|---|---|---|
| Print | Melinda | J. | Maune | |
| | First name | Middle name | Last name | |
| Title | Attorney | | | |
| Company | Martin Leigh PC | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | | |
| Address | 1044 Main Street, Suite 900 | Kansas City | MO | 64105 |
| | Number  Street | City | State | ZIP Code |
| Contact phone | 816.221.1430 | Email | mjm@martinleigh.com | |

# UNITED STATES BANKRUPTCY COURT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing statement of Mortgage Payment Change Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:   June 8, 2016

**Chapter 13 Trustee:**   John V. LaBarge, Jr
Chapter 13 Trustee, P.O. Box 430908
St. Louis, MO  63143

**U.S. Trustee:**   Office of the US Trustee
111 S Tenth St, Ste. 6353
St. Louis, MO 63102

**Debtor's Counsel:**   David Nelson Gunn
The Consumer Law Center of Saint Louis DBA The Bankruptcy Company LLC, 2025 S. Brentwood, Ste 206, Brentwood, MO 63144

**Debtor 1 Name:**   Teagan M Kleinsorge
**Debtor 2 Name:**
**Debtor's Mailing Address:**   2133 Kevin Drive, St. Louis, MO 63125

/s/Melinda J. Maune, #49797MO